**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DAVID J. BROWN, | ) | CASE NO. 1:11CV2765 |
| | ) | |
| Petitioner, | ) | |
| | ) | JUDGE CHRISTOPHER A. BOYKO |
| vs. | ) | |
| | ) | |
| WARDEN, LAKE ERIE CORR. INST., | ) | O R D E R |
| | ) | |
| Respondent. | ) | |

This Court has reviewed the Report and Recommendation (Doc.#18) of Magistrate Judge Kathleen B. Burke regarding Petitioner's Motion to Dismiss (Doc.#15). In his Motion, Petitioner argues that the Court lacks jurisdiction because Petitioner is a foreign sovereign. The Magistrate Judge Recommends that the Motion be denied, as Petitioner's challenges to the Court's jurisdiction are frivolous. Petitioner has not filed any objections to the Report and Recommendation.

FED. R. CIV.P. 72(b) provides that objections to a Report and Recommendation must be filed within fourteen days after service, but Petitioner has failed to timely file any such objections. Therefore, the Court must assume that Petitioner is satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th

Cir.1981).

Therefore, the Court adopts in full the Report and Recommendation (Doc.# 18 ) and denies Petitioner's Motion to Dismiss.

IT IS SO ORDERED.

Dated: 11/16/2012

           *S/Christopher A. Boyko*
           CHRISTOPHER A. BOYKO
           UNITED STATES DISTRICT JUDGE